# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 14-03682-AB (ASx) | Date: | September 12, 2016 |

| | |
|---|---|
| Title: | Worldwide Subsidy Group, LLC v. Worldwide Pants Incorporated et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian D Boydston | Theano Evangelis Kapur |
| | Orin S Snyder, PHV |
| | Michael H Dore |

**Proceedings:**   DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [44]

     The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.