1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PICK & BOYDSTON, LLP
Brian D. Boydston (State Bar No. 155614)
10786 Le Conte Ave.
Los Angeles, CA 90024
(213) 624-1996
(213) 624-9073 fax

Attorneys for Plaintiff WORLDWIDE SUBSIDY GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company,

Plaintiff,

v.

WORLDWIDE PANTS INCORPORATED, a California corporation, and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV14-03682 AB (ASx)

**PLAINTIFF'S SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SANCTION**

**MOTION FILED:** September 5, 2016

Judge:  Hon. André Birotte Jr.

Complaint Filed:  April 7, 2014

## INTRODUCTION

On September 5, 2016, Plaintiff Worldwide Subsidy Group, LLC ("WSG") filed the instant *Motion to Strike Portions of Defendant's Motion for Summary Judgment and Sanction*.  Defendant Worldwide Pants, Inc.  ("WPI") submitted an opposition on September 9, 2016, and on September 20, 2016, WSG filed a reply brief.  The Court has taken the matter under submission.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

True to WSG's expressed concern, WSG has now become aware that the incendiary, false and/or irrelevant accusations made by WPI and its legal counsel have been published, and remain accessible electronically to the world. Moreover, such accusations have been even further distorted by means that this Court will immediately recognize as false.

Specifically, on May 26, 2016, three days after WPI filed its motion for summary judgment chock-full of demonstrably false accusations, the publication Hollywood Reporter reported the contents thereof in an article headed **"*David Letterman's Company Claims Convicted Fraudster Stole Its Money*"**.  Such article remains accessible at the following weblink:

> http://www.hollywoodreporter.com/thr-esq/david-lettermans-
> company-claims-convicted-897684

See Exhibit A hereto.

Notably, the Hollywood Reporter article asserts as fact that WSG is the alter ego of Mr. Galaz, as its opening text reads:

> "The ex-felon — a former entertainment attorney named Raul Galaz
> — is now suing Worldwide Pants."

As this Court is well aware, Mr. Raul Galaz is not a party to this action, and remains a former employee and consultant to WSG.  The Hollywood Reporter article then repeats several of the false accusations made within WPI's summary judgment motion, including the false statement that:

2

"Mr. Galaz has been caught 'red-handed' stealing WPI's money."

Id.

The article continues to state that Mr. Galaz has been in "battles with the Motion Picture Association of America, Dreamworks and others" -- when he has been in *none* -- and "[Mr. Galaz] now finds himself fighting the retired late-night television legend".  WSG is referred to as "Galaz' Worldwide Subsidy Group".

Multiple other false statements appear, including the following:

> "Galaz . . . without authorization, claimed $407,000 worth of retransmission royalties attributable to [WPI's] shows from broadcasts in Latin America."

> "Worldwide Pants states Galaz admitted under oath during his deposition in this case that WSG misappropriated tens of thousands of dollars from Worldwide Pants" and further, over $325,000 more remains missing. . . .

> A review of that deposition shows that Galaz admits to holding onto $60,215 of Worldwide Pants money from the Copyright Collective of Canada as well as admitting to holding on to $19,000 belonging to PBS. It's not clear whether he's arguing any entitlement to such funds."

## A. WPI'S ALLEGATION THAT RAUL GALAZ STOLE MONIES FROM WPI HAS BEEN DISPROVEN, WAS KNOWINGLY FALSE, AND REMAINS DEFAMATORY.

As WSG establishes in its motion, vis-à-vis documents *produced by WPI in this action*, no monies have been "stolen" from WPI.  Not only did WPI fail to establish the existence of a "theft", the facts reflect that WPI was affirmatively

3

1

2    aware of the falsity of its accusation – both as relates to WSG and Mr. Galaz --

3    prior to filing its motion for summary judgment.

4
### B. THE HOLLYWOOD REPORTER ARTICLE CONSPICUOUSLY
5         ASSERTS THAT WORLDWIDE SUBSIDY GROUP IS THE
          ALTER EGO OF RAUL GALAZ IN AN ATTEMPT TO DO
6         WORLDWIDE PANTS' BIDDING.

7
     WPI's motion for summary judgment describes Raul Galaz's role in WSG to
8
9    the exclusion of any description of the dozen other individuals working for or in

10   concert with WSG over its existence in order to establish WSG as the alter ego of

11
     WPI.  A wealth of facts establish that WSG is not the "alter ego" of Raul Galaz,
12
13   including the rather obvious facts that he has been a *non-owner* of the company

14
     since 2002, been employed by other entities during such period since then, and has
15
16   not been a signatory on any WSG financial account since then, i.e., for *fifteen*

17   *years*.

18
     Nonetheless, WPI's motion for summary judgment goes out of its way to
19
20   mischaracterize WSG as the alter ego of Raul Galaz, and the Hollywood Reporter

21   article goes even further in that regard, falsely reporting that Mr. Galaz "is suing"

22
     WPI.  By all accounts, the Hollywood Reporter had an agenda in synch with that of
23
24   WPI, to falsely assert that WSG is the alter ego of Mr. Raul Galaz.

25

26
     //
27

28
                                        4

**C. WPI'S SUBMISSION OF ITS PLEADING TO THE HOLLYWOOD REPORTER, THE HOLLYWOOD REPORTER'S MISSTATEMENT OF FACTS CONTAINED THEREIN WITHOUT EVER CONTACTING WSG'S LEGAL COUNSEL, ARE FOR THE EVIDENT PURPOSE OF TAINTING THE POTENTIAL JURY POOL.**

An old proverb states that "a thousand truths equal a single accusation". Such is the case here.

The intent and purpose of WPI's mischaracterization, and the Hollywood Reporter's heightened mischaracterization, are evident.  They are asserted for the evident purpose of somehow attributing WSG with Raul Galaz's criminal conviction as an individual, and tainting the jury pool.  Such strategy is asserted even though Mr. Galaz's 2002 conviction was unrelated to his affiliation with WSG and was unrelated to any dealings with WPI.  Inevitably, during the course of jury selection, questions will have to be asked whether or not members of the jury pool have seen such article, thereby raising issues that should never have been raised.

The motives of the Hollywood Reporter are made further evident by the fact that it published the accusations, then took liberties with such accusations, *without ever contacting WSG's legal counsel for comment*.  Moreover, following the submission of WSG's response to WPI's motion for summary judgment, which detailed the documented falsity of such accusations, no article was written

PLAINTIFF'S SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SANCTION

addressing the falsity of such accusations, or that WPI conceded in its reply brief

silence that "over $325,000" no longer "remains missing".

### CONCLUSION

This Court remains uniquely poised to set straight the character assassination

of Mr. Raul Galaz.  WSG has submitted extensive authority demonstrating that the

false allegations of WPI, and the irrelevant statements regarding Mr. Raul Galaz,

warrant to be stricken from WPI's pleadings.  They have now been exacerbated by

the Hollywood Reporter publication, *and will forever continue to be repeated as*

*though they are established facts* unless and until this Court strikes such

accusations and language from the WPI pleadings.  No other remedy exists for

WSG or Mr. Galaz.

Moreover, while the Court's action will not guarantee that the Hollywood

Reporter will retract its article, or remove such article from its website, a

possibility exists that such will occur if the Court grants WSG's motion.

Dated: January 27, 2017                    PICK & BOYDSTON, LLP


                                           By_____/s/_____

                                              Brian D. Boydston
                                           Attorneys for Plaintiff
                                           WORLDWIDE SUBSIDY GROUP,
                                           LLC

6