JS-6

ORIN SNYDER (Pro Hac Vice)
osnyder@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
ABBEY HUDSON, SBN 266885
ahudson@gibsondunn.com
THEODORE M. KIDER, SBN 288179
tkider@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant WORLDWIDE PANTS
INCORPORATED, a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLDWIDE SUBSIDY GROUP, LLC, a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE PANTS INCORPORATED, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV14-03682 AB (ASx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT WORLDWIDE PANTS INCORPORATED**<br><br>Complaint Filed: April 7, 2014 |

Gibson, Dunn &
Crutcher LLP

1  On February 15, 2017, the Court entered an Order granting Defendant Worldwide Pants Incorporated's Motion for Summary Judgment (Dkt. No. 44) as to Plaintiff Worldwide Subsidy Group, LLC's entire action, including all causes of action asserted therein, and Denying Plaintiff's Motion to Strike (Dkt. No. 66) (the "Order"). (Dkt. No. 84.)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS**: that the Plaintiff Worldwide Subsidy Group, LLC recover nothing and that judgment be entered in favor of Defendant Worldwide Pants Incorporated against plaintiff Worldwide Subsidy Group, LLC.

**IT IS SO ORDERED.**

Dated: March 15, 2017

_____
Honorable André Birotte Jr.
United States District Judge